IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. BONNER,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants.<br>_____/ | No. 10-00609 CW<br><br>ORDER DISMISSING DEFENDANTS THAT HAVE NOT BEEN SERVED TIMELY, REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES AND VACATING CASE MANAGEMENT CONFERENCE |

   On July 26, 2010, the Court granted Defendants Select Portfolio Servicing, Inc.; Timothy J. O'Brien; Jason H. Miller; and Matthew L. Hollingsworth's motion to dismiss Plaintiff Charles A. Bonner's complaint.  Plaintiff was given leave to amend to cure the deficiencies identified in the Court's Order.  The Court noted that it did not appear that Plaintiff had served Defendants Bryan M. Marshall, Encore Credit Corp. and Option One Mortgage Corp., and directed him to provide proof of service as to these Defendants.  Plaintiff was warned that, if he did not do so, his claims against these Defendants would be dismissed without prejudice.

   Plaintiff timely filed an amended complaint, and Defendants Select Portfolio Servicing, O'Brien, Miller and Hollingsworth answered.  However, Plaintiff did not offer proof that he timely served Defendants Marshall, Encore Credit Corp. or Option One Mortgage Corp., and they have not appeared in this action.  Accordingly, Plaintiff's claims against these unserved Defendants are dismissed without prejudice.

In their Joint Case Management Statement, Plaintiff and the answering Defendants state that they consent to the jurisdiction of a Magistrate Judge for all purposes.  Consequently, pursuant to Civil Local Rule 72-1 and the consent of parties, IT IS HEREBY ORDERED that the above-captioned case be referred for all further proceedings in the case, including trial, and the entry of a final judgment to a Magistrate Judge to be heard and considered at the convenience of his or her calendar.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

The case management conference, scheduled for October 26, 2010 at 2:00 p.m., is VACATED.

IT IS SO ORDERED.

Dated: October 25, 2010

_____
CLAUDIA WILKEN
United States District Judge