1
2
3
4
5
6
7
8                    UNITED STATES  DISTRICT COURT
9                     Northern District of California
10                         Oakland Division
11    BONNER,                              No. C 10-00609 LB
12              Plaintiff,              **ORDER CONTINUING DECEMBER
                                         16, 2010 CMC TO JANUARY 13, 2011**
13        v.
      SELECT PORTFOLIO SERVICING, INC.,
14    *et al.*,
15              Defendants.
      _____/
16
17       On December 13, 2010, the parties in this matter filed a stipulation requesting that the Court

18    continue the December 16, 2010 CMC.  ECF No. 32.  Accordingly, the Court **HEREBY**

19    **CONTINUES** the December 16, 2010 CMC to <u>January 13, 2011 at 1:30 p.m.</u>  The parties must file

20    an updated Joint CMC Statement no later than <u>January 6, 2011</u>.

21       **IT IS SO ORDERED.**

22    Dated: December 13, 2010

23                                        _____
                                          LAUREL BEELER
24                                        United States Magistrate Judge

25
26
27
28

C 10-00609
ORDER CONTINUING DECEMBER 16, 2010 CMC

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**