1  WRIGHT, FINLAY & ZAK, LLP
2  Jonathan M. Zak, Esq., SBN 121592
   Gwen H. Ribar, Esq., SBN 188024
3  James J. Ramos, Esq., SBN 252916
4  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660
5  Tel: (949) 477-5050; Fax: (949) 477-9200 *(Bonner/Pleading/Order/Request for Telephonic)*
6  jzak@wrightlegal.net; gribar@wrightlegal.net; jramos@wrightlegal.net

7
   Attorneys for Defendants,
8  SELECT PORTFOLIO SERVICING, INC., TIMOTHY J. O'BRIEN, JASON H.
9  MILLER, MATTHEW L. HOLLINGSWORTH

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| CHARLES A. BONNER, | Case No.: CV10-609-LB |
| Plaintiff, | Magistrate Judge Laurel Beeler, |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC., TIMOTHY J. O'BRIEN, BRYAN M. MARSHALL, JASON H. MILLER, MATTHEW L. HOLLINGSWORTH; ENCORE CREDIT CORP; OPTION ONE MORTGAGE CORP. and DOES 1-100 | [~~PROPOSED~~ ORDER] REGARDING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| | DATE: January 13, 2011<br>TIME: 1:30am<br>CTRM: 4, 3rd Floor |
| Defendants. | |

-1-

[~~PROPOSED~~] ORDER

1  Defendants, SELECT PORTFOLIO SERVICING, INC., TIMOTHY J.
2  O'BRIEN, JASON H. MILLER, and MATTHEW L. HOLLINGSWORTH
3  (hereinafter known collectively as "Defendants") may participate in the upcoming
4  CASE MANAGEMENT CONFERENCE BY TELEPHONE scheduled to be
5  heard on January 13, 2011 at 1:30p.m. in Courtroom 4 of the above referenced
6  courthouse. ~~Defendant's counsel should call _____, at~~
7  ~~approximately _____ a.m., to participate.~~

The court will initiate the call. Please contact Judge Beeler's Courtroom Deputy Lashanda Scott at (510) 637-3525 with a direct dial telphone number.

Dated: January 7, 2011                    _____
                                          Hon. Laurel Beeler

IT IS SO ORDERED
Judge Laurel Beeler
[seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[PROPOSED] ORDER