UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CHARLES A. BONNER,<br>          Plaintiff,<br><br>     v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br>          Defendants.<br>_____/ | No. C 10-0609 LB<br><br>**ORDER NOT RULING ON THE REQUEST TO EXTEND THE DEADLINE TO COMPLETE MEDIATION AND GRANTING THE REQUEST SEEKING TELEPHONIC ATTENDANCE AT THE MEDIATION SESSION**<br><br>Date:      Unscheduled<br>Mediator:  Peter Sherwood |

   Before the court is defendants' request to continue the mediation deadline, and to grant permission for defendants' representative to attend the mediation telephonically. The undersigned has no authority to grant an extension of any case management deadline, and refers the parties to Magistrate Judge Beeler if they wish to seek an extension of the deadline to complete mediation.

   IT IS HEREBY ORDERED that the request for defendants' representative, General Counsel Bryan Norton or Deputy Counsel Jeremy Adamson, to attend telephonically as yet unscheduled mediation before Peter Sherwood is GRANTED. Mr. Norton or Mr. Adamson shall be available at all times to participate in the mediation session in accordance with ADR L.R. 6-10(f).

          IT IS SO ORDERED.

| | |
|---|---|
| March 23, 2011<br>Dated | By: _____<br>        Elizabeth D. Laporte<br>        United States Magistrate Judge |