WRIGHT, FINLAY & ZAK, LLP
Jonathan M. Zak, Esq., SBN 121592
Gwen H. Ribar, Esq., SBN 188024
James J. Ramos, Esq., SBN 252916
Loren W. Coe, Esq., SBN 273124
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200 *(Bonner/Pleading/Stip. to Con't Mediation)*
jzak@wrightlegal.net; gribar@wrightlegal.net; lcoe@wrightlegal.net

Attorneys for Defendants,
SELECT PORTFOLIO SERVICING, INC., TIMOTHY J. O'BRIEN, JASON H. MILLER, MATTHEW L. HOLLINGSWORTH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. BONNER,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC., TIMOTHY J. O'BRIEN, BRYAN M. MARSHALL, JASON H. MILLER, MATTHEW L. HOLLINGSWORTH; ENCORE CREDIT CORP; OPTION ONE MORTGAGE CORP. and DOES 1-100<br><br>　　　　　　Defendants. | Case No.: 4:10-CV-00609-CW<br><br>**STIPULATION REGARDING CONTINUANCE OF DEADLINE MEDIATION DATE FROM APRIL 14, 2011 TO JULY 29, 2011**<br><br>Current Deadline:<br>Date: April 14, 2011<br><br>New Deadline:<br>Date: July 29, 2011 |

**NOW COMES** Defendants SELECT PORTFOLIO SERVICING, INC., TIMOTHY J. O'BRIEN, JASON H. MILLER, and MATTHEW L. HOLLINGSWORTH (hereinafter known collectively as "Defendants") through their attorney of record Wright, Finlay & Zak, LLP and Plaintiff CHARLES A.

-1-
STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUATION OF DEADLINE FOR MEDIATION TO JULY 29, 2011

-2-

1  BONNER ("Plaintiff") through his attorney of record Law Offices of Charles A.
2  Bonner, LLP, stipulate and agree as follows:
3      WHEREAS, Plaintiff and Defendants have had two conferences with the
4  Mediator and have been unable to schedule an agreed upon date for mediation
5  before the April 14, 2011 deadline; and
6      WHEREAS, the trial for this matter is not scheduled to begin until January
7  9, 2012, and Plaintiff and Defendants believe that postponement will not result in
8  delay or otherwise frustrate the lawsuit; and
9      WHEREAS, Plaintiff and Defendants agree that continuing the deadline
10  for mediation until July 29, 2011 is in the best interest of the parties and the
11  Court.
12      NOW THEREFORE, it is stipulated by and between Plaintiff and
13  Defendants as follows:
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUATION OF DEADLINE FOR MEDIATION TO JULY 29, 2011

1  The deadline for mediation previously scheduled for April 14, 2011 is
2  continued to July 29, 2011.
3
4  IT IS SO STIPULATED.
5                                    LAW OFFICES OF CHARLES A.
                                     BONNER, LLP
6
7  Dated: April 13, 2011       By:   *[signature]*
8
9                                    Attorneys for Plaintiff,
                                     CHARLES A. BONNER
10
11
12                                   WRIGHT, FINLAY & ZAK, LLP
13
14  Dated: April 13, 2011      By:   *[signature]*
15                                   Jonathan M. Zak, Esq.
16                                   Gwen H. Ribar, Esq.
                                     Loren W. Coe, Esq.
17                                   Attorneys for Defendants,
18                                   SELECT PORTFOLIO SERVICING,
                                     INC., TIMOTHY J. O'BRIEN, JASON H.
19                                   MILLER, and MATTHEW L.
20                                   HOLLINGSWORTH
21
22
23  Date: April 14, 2011
24                                   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
25                                   IT IS SO ORDERED
26                                   *[signature]*
                                     Judge Laurel Beeler
27
28

-3-
STIPULATION AND [PROPOSED] ORDER RE CONTINUATION OF DEADLINE FOR
MEDIATION TO JULY 29, 2011